US DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.    1:20-cv-24695-MGC

PAULA HOLTHAM,

    Plaintiff,

v.

ANGELA PICKETT as PERSONAL
REPRESENTATIVE of the ESTATE of
MICAJAH PICKETT, and ANGELA
PICKETT, in her individual capacity,

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To:    Angela Pickett, individually and Angela Pickett as Personal Representative of the Estate of Micajah Pickett
1 Andalusia Ave., Apt. 933
Coral Gables, FL 33134

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it), — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) —  you must serve on the Plaintiff an answer the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the Plaintiff's attorney, **Gina M. Cadogan, Esq.**, whose address is, **Cadogan Law, 300 S. Pine Island Road, Suite 107, Plantation, FL 33324**.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You must also file your answer or motion with the Court.

Date:  Nov 16, 2020



Angela E. Noble
Clerk of Court

SUMMONS

s/ Janier A.
Deputy Clerk
U.S. District Courts