UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-24695-Civ-COOKE/O'SULLIVAN

Paula Holtham,

    Plaintiff,

vs.

ANGELA PICKETT, as Personal
Representative of the Estate of Micajah
Pickett, and Angela Pickett in her
Individual capacity,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS MATTER** is before me upon Chief U.S. Magistrate Judge John J. O'Sullivan's Report and Recommendation on FLSA Settlement (the "Report") (ECF No. 21), issued March 1, 2021.

Judge O'Sullivan recommends found the Parties' settlement agreement to be fair and reasonable and approved the settlement. As such, Judge O'Sullivan recommends that this action be dismissed with prejudice and that the Court retain jurisdiction, until April 22, 2021, to enforce the terms of the Parties' settlement. Neither party objected to Judge O'Sullivan's Report and Recommendation and the time to do so has passed. After reviewing Judge O'Sullivan's Report, I find the Report to be clear, cogent, and compelling.

Accordingly, Judge O'Sullivan's Report (ECF No. 21) is **AFFIRMED and ADOPTED** as the Order of this Court. It is further hereby **ORDERED and ADJUDGED** as follows:

1. This case is **DISMISSED** *with prejudice*.
2. The Clerk is directed to **CLOSE** this case.
3. All pending motions are **DENIED AS MOOT**.
4. The Court shall retain jurisdiction, until **April 22, 2021**, to enforce the terms of the Parties' Settlement Agreement.

**DONE and ORDERED** in Chambers at Miami, Florida, this 30th day of March 2021.

/s/ Marcia G. Cooke
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*